UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    CIV 3902 2007
GREGORY V. PIATT,

        Plaintiff    **ANSWER TO COMPLAINT**

        v.    **DEFENDANTS DEMAND TRIAL BY JURY**

MARC S. LACHAR AND JOAN B. LACHAR,

        Defendants
------------------------------------x

    Defendants, Marc S. Lachar and Joan B. Lachar, by their attorneys, EUSTACE & MARQUEZ, answer the Complaint of the Plaintiff by stating as follows:

    1.    Deny, upon information and belief, the allegations of paragraph 5.

    2.    Deny, upon information and belief, the allegations of paragraph 6.

    3.    Deny, upon information and belief, the allegations of paragraph 7.

    4.    Deny, upon information and belief, the allegations of paragraph 8.

    5.    Deny, upon information and belief, the allegations of paragraph 1 and respectfully refers all questions of law to this Honorable Court.

    6.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3

and respectfully refers all questions of law to this Honorable Court.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

7. The injuries alleged to have been suffered by the Plaintiff were caused, in whole or part, by the conduct of Plaintiff. Plaintiff's claims therefore are barred or diminished in the proportion that such culpable conduct of Plaintiff bears to the total culpable conduct causing the damages.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

8. The injuries and damages alleged in the Complaint were caused or contributed to by the culpable conduct including contributory negligence, assumption of the risk and/or product misuse of persons over whom these Defendants had no authority or control.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

9. The Plaintiff failed to mitigate the damages as alleged in the Complaint by failure to wear or use seatbelts, shoulder harnesses, or other restraints or protective devices, at the time and place of the alleged incident, and any award made to or accepted by the Plaintiff must be reduced in such proportion to the extent that the injuries complained of were

caused, aggravated or contributed to by the Plaintiff's failure to use such protective devices.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

10. The Emergency Doctrine applies to the facts and circumstances of this action.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

11. The Plaintiff is precluded from maintaining this action by Insurance Law Article 51 in that Plaintiff has failed to sustain a serious injury or economic loss greater than the basic economic loss as defined by that law.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

12. That recovery, if any, by the Plaintiff shall be reduced by the amounts paid or reimbursed by collateral sources in accordance with CPLR 4545(c).

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

13. That if it is determined that these answering Defendants are responsible for the acts alleged in the Complaint then Plaintiff failed to take appropriate action to mitigate any damages.

WHEREFORE, these Defendants demand judgment dismissing the Complaint, together with costs and disbursements, and in the event any judgment or settlement is recovered herein against these Defendants, then these Defendants further demand that such judgment be reduced by the amount which is proportionate to the degree of culpability of any plaintiff, and these Defendants further demand judgment against each other party.

DATED: August 23, 2007
       White Plains, New York

                                Yours, etc.,

                                **EUSTACE & MARQUEZ**
                                Attorneys for Defendants
                                **MARC S. LACHAR AND JOAN B. LACHAR**
                                Office and Post Office Address
                                1311 Mamaroneck Avenue
                                3rd Floor
                                White Plains, New York  10605
                                (914) 989-6650

                                By: _____
                                    Christine J. Klein
                                    (CJK 4713)

To:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff, Gregory V. Piatt
280 North Central Avenue
Hartsdale, New York  10530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x     Index No.:  CIV 3902
GREGORY V. PIATT,                             2007

              Plaintiff
                                          **NOTICE OF DEPOSITION**

   v.

MARC S. LACHAR AND JOAN B. LACHAR,

             Defendants
---------------------------------------x

**TO: GREGORY V. PIATT**

    PLEASE TAKE NOTICE, that Defendants, Marc S. Lachar and Joan B. Lachar, by their attorneys, Eustace & Marquez, demands that each adverse party afford us the disclosure which this notice and demand specifies:

A.   GREGORY V. PIATT is to appear for deposition upon oral examination pursuant to FRCPV 30:

(1) At this date and time:  December 14, 2007 at 10:00 am

(2) At this place:  Eustace & Marquez

                  1311 Mamaroneck Avenue

                  3rd Floor

                  White Plains, NY  10605

B.   Each deposition witness thus examined is to produce at such time and place, pursuant to FRCPV 30, all books, papers, and other things which are relevant to the issues in the action and within that Adverse party's possession, custody, or control to

be marked as exhibits, and used on the examination.

Dated: White Plains, New York
      August 23, 2007

                                    Yours, etc.,
                                    EUSTACE & MARQUEZ
                                    Attorneys for DEFENDANTS
                                    **MARC S. LACHAR AND JOAN B. LACHAR**
                                    Office and Post Office Address
                                    1311 Mamaroneck Avenue
                                    3rd Floor
                                    White Plains, New York
                                    10605 (914) 989-6650

                                    By: _/s/ Christine J. Klein_
                                           Christine J. Klein
                                           (CJK 4713)

TO:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff,
Gregory V. Piatt
280 North Central Avenue
Hartsdale, New York  10530

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing Answer to Complaint and Notice of Deposition with the Clerk of the SOUTHERN DISTRICT OF NEW YORK using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

**PIATT V LACHAR**
**CIV 3902 2007**

Jay S. Hausman & Associates, PC.
280 North Central Avenue
Hartsdale, New York  10530

                                          S/Jazmin L. Coyle
                                          Paralegal to
                                          Christine J. Klein
                                          EUSTACE & MARQUEZ
                                          Attorneys for Defendants
                                          Marc S. Lachar and Joan B. Lachar
                                          1311 Mamaroneck Avenue
                                          3rd Floor
                                          White Plains, New York  10605
                                          (914) 989-6650

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    CIV 3902 2007
GREGORY V. PIATT,

                Plaintiff                    AFFIDAVIT OF SERVICE

        v.

MARC S. LACHAR AND JOAN B. LACHAR,

                Defendants
---------------------------------------x
STATE OF NEW YORK           )
                             ss.
COUNTY OF WESTCHESTER       )
```

Jazmin L. Coyle, being duly sworn, deposes and says:

1. That I am over the age of eighteen years (18) and not a party to this action.
2. That on August 23, 2007, I served upon:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff, Gregory V. Piatt
280 North Central Avenue
Hartsdale, New York 10530

A true copy of the annexed **ANSWER TO COMPLAINT AND NOTICE OF DEPOSITION** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED: August 23, 2007
       White Plains, New York

                                    _____
                                    Jazmin L. Coyle

Sworn and subscribed
Before me on August 23, 2007

_____
Notary Public, State of New York
No. 01KE6049180
Qualified in Rockland County
Commission Expires _____

CIV 3902 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY V. PIATT,

        Plaintiff

  against

MARC S. LACHAR AND JOAN B. LACHAR,

        Defendants

---

**ANSWER TO COMPLAINT AND NOTICE OF DEPOSITION**

---

EUSTACE & MARQUEZ
Attorneys for Defendants
**Marc S. Lachar and Joan B. Lachar**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650