**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

November 16, 2007

**SCHEDULING ORDER**
07CV3902(KMK) (LMS)

Jay S Hausman
Geller & Hausman, Pllc
280 North Central Avenue, Suite 40
Hartsdale, NY 10530

NOV 16 2007

Christine Jean Klein
Eustace and Marquez
The Parker Coporate Center
White Plains, NY 10605

The matter of **PIATT-V-LACHAR** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge, on

**December 3, 2007** at 11:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

Hon. Lisa Margaret Smith
U.S.M.J.