UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
GREGORY V. PIATT,

                  Plaintiff

      v.

MARC S. LACHAR AND JOAN B. LACHAR,

                Defendants
-------------------------------------x

Docket No.:  CIV 3902 2007

**RULE 26.1 DISCLOSURE STATEMENT**

**JUDGE ASSIGNED: HON. LISA MARGARET SMITH, U.S.M.J.**

    Defendants, Marc S. Lachar and Joan B. Lachar, as and for its initial disclosure requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, sets forth the following:

    **Rule 26(a)(1)(A):** Provide the name and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

    **Response:** Individuals likely to have discoverable information include all parties of this litigation, all person named in all discovery and investigations, all treating and examining doctors, family doctors of plaintiff, all medical personnel who have rendered care to the plaintiff in the last ten (10) years, custodians of plaintiff's medical, legal, criminal, educational and insurance claims, any and all members of the plaintiff's household, any and all participants in the "alleged automobile" at issue in this lawsuit, investigating

personnel and/or police, all persons who investigated or prepared a record for any governmental unit in connection with the alleged incident, and any other individuals identified through ongoing pretrial discovery and examination and cross-examination of all parties and witnesses up to and including the time of trial in this matter.

Specifically, it is believed that non-party witnesses may include, *inter alia*:

1.    James Zeno, P.O. Box 233, South Fallsburg, New York 12279.

**Rules 26(a)(1)(B):** Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**Response:** Copies of photographs were previously provided. Copies of Police Report and repair estimates are annexed as Exhibit "A".

**Rule 26(a)(1)(C):** Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:** Not applicable.

**Rule 26(a)(1)(D):** Provide for inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered into the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** Insurance coverage in this matter is afforded to defendants Marc S. Lachar and Joan B. Lachar by Great Northern Insurance Company, in the amount of $500,000 under policy number 1031296002, with effective dates of April 24, 2006 through April 24, 2007.

DATED:    January 28, 2008
          White Plains, New York

                              Yours, etc.,
                              EUSTACE & MARQUEZ
                              Attorneys for Defendants,
                              Marc S. Lachar and Joan B.
                              Lachar
                              1311 Mamaroneck Avenue
                              3rd Floor
                              White Plains, New York  10605
                              (914) 989-6650


                              By: _____
                                  Christine J. Klein (CJK-4713)

TO:

Jay S. Hausman & Associates, PC.
Jay S. Hausman, Esq.
Attorneys for Plaintiff, , Gregory V. Piatt
280 North Central Avenue
Hartsdale, New York  10530

**EXHIBIT "A"**

# POTAMKIN
### Cadillac • Buick • Chevrolet • GMC • Pontiac
### Hummer of Manhattan LLC
798 Eleventh Avenue • New York, New York 10019
Phone 212-708-3080    Fax 212-708-3127

*********************************************
**ATT:CUSTOMERS**
**WE WILL NO LONGER ACCEPT ANY PARTS FOR**
**RETURN AFTER 30 DAYS FROM INVOICE DATE**
*********** NO EXCEPTIONS ***********

| 152468 | 133389273 | | S0131855 | | PENDING | PHIL LIN | 09/13/06 | **12927** |
| | | | | | | | | CDW |

212-288-5192

**BILL TO:**
DIFFUT AUTO REPAIR
317-19 EAST 111ST STREET
NYC, NY 10029

**SHIP TO:**

| 1 | 0 | 12335545 FASCIA | 7.851 | 9338D | 849.42 | 439.64 | 439.54 |
| 1 | 0 | 25767251 DOOR | 12.945 | 9P-ORD | 34.19 | 27.35 | 27.35 |

MERCHANDISE
RECEIVED BY X

**PLEASE USE CAUTION OPENING**
IF CONTAINER DAMAGED, TORN OR DEFACED, PART NOT RETURNABLE. ANY WAR-
RANTY ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTUR-
ERS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER
EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY
OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHO-
RIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH
THE SALE OF SAID PRODUCTS. NO CASH R1 FUNDS.

*Thank You*

| | |
| --- | --- |
| SUBTOTAL | 466.89 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| PAY THIS AMOUNT | 466.89 |

N.Y.S. REPAIR SHOP REG. NO. 8-7054308, 7092972
NYC DCA LIC. NO. 916764, 1125640

NET582

PAGE 1 OF 1

FROM : BGNET COLLISION                FAX NO. : 2127227242                Sep. 15 2006 12:14PM  P2



**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780      Fax 516-939-0520

Claim No 40506069238      Adjuster KIM PARSON      2005 Cadillac
Owner PIATT GREGORY  Appraiser LEO PAPA      Date Insp 97-24-06
D/Loss 6/29/2006      CCS # 327616      Insured NOT GIVEN

Printed with EazyImage from GO Media Inc. 1-888-546-7593 - www.goClaims.com

# Insurance Claim Services (Mariconti/Priority)

**PO Box 206**
**Emerson, NJ 07630**
**Phone: (201)-262-4868    Fax: (201)-262-9868**
**Tax ID#: 22-3561579**

| Invoice # |
| --- |
| 00088910 .01 |

# ━━━━━ INVOICE ━━━━━

Insurance Company: CHUBB GROUP OF INS.COMPANIES            Adjuster: Kimparsons
Claim/File Number: 40506069238                                    Log #: 1031296002


        Insured: Lacar, Marc                        Policy:
        Claimant: Lacar, Marc

    Date of Loss: 06/26/2006      Date Claim Received: 07/18/2006      Date Returned: 07/19/2006
**Services:**
        Initial Appraisal      $85.00

                        _____
            Total:      $85.00

| | |
|---|---|
| Date: | 7/19/2006 06:00 PM |
| Estimate ID: | 88910.01 |
| Estimate Version: | 0 |
| Preliminary | |
| Profile ID: | CUSTOMIZED |

INSPECTED VEHICLE FOR RT REAR DAMAGES. WROTE ALL VISABLE DAMAGES.
UNRELATED DAMAGE TO LEFT REAR OF VEHICLE. OWNER PRESENT AT TIME OF
INSPECTION. APPRAISAL IS FAIR AND RELATED AND A/P CAN BE SECURED WITH
OWNERS CHOICE OF REPAIRER UPON REQUEST. COPY SENT TO OWNER.

## Insurance Claim Services

**PO BOX 206 EMERSON, NJ 07630**
**(201) 664-4345**
**Fax: (201) 664-6693**

Damage Assessed By:   Frank Mariconti, Jr.                    Appraised For:   CHUBB INS

Condition Code:   Good                                        Type of Loss:   Collision
Date of Loss:   6/26/2006
Deductible:   UNKNOWN
File Number:   88910.01
Policy No:   88910.01                                          Claim Number:   40506069238

Insured:   MARC LACAR
Address:   24 WALWORTH AVE SCARSDALE, NY  10583
Telephone:   Home Phone:   (914) 472-7044

Mitchell Service:   914767

Description:   2005 Lexus GS 300
Body Style:   4D Sed
VIN:   JT8BD69SX50205903                                       Drive Train:   3.0L Inj 6 Cyl 5A RWD
Color:   BLUE                                                  License:   DCN8816  NY

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| | | | | ROCKER/PILLARS/FLOOR | | | |
| 1 | 400922 | REF | REFINISH | R REAR ROCKER MOULDING | | C | 0.5 |
| 2 | | | | MOLDING SCUFFED AND SCRATCHED | | | |
| | | | | FRONT DOOR | | | |
| 3 | 401299 | REF | BLEND | R FRT DOOR OUTSIDE | | C | 0.8 |
| 4 | 401319 | BDY | REMOVE/INSTALL | R FRT BELT MOULDING | | | 0.9 # |
| 5 | 401321 | BDY | REMOVE/INSTALL | R FRT DOOR MOULDING | | | 0.4 |
| 6 | 401323 | BDY | REMOVE/INSTALL | R FRT REAR VIEW MIRROR | | | INC # |
| 7 | 401395 | BDY | REMOVE/INSTALL | R FRT DOOR TRIM PANEL | | | INC |
| 8 | 401458 | BDY | REMOVE/INSTALL | R FRT DOOR HANDLE | | | 0.8 # |
| | | | | MANUAL ENTRIES | | | |
| 9 | 900500 | BDY * | REPAIR | COLOR SAND AND POLISH | Existing | | 0.8* |
| 10 | 900500 | REF * | REMOVE/REPLACE | COLOR TINT | New | 0.00 * | 0.5* |

ESTIMATE RECALL NUMBER:   7/19/2006 18:00:17 88910.01

Date:  7/19/2006 06:00 PM
Estimate ID:  88910.01
Estimate Version:  0
Preliminary
Profile ID:  CUSTOMIZED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 900500 | BDY * | REMOVE/REPLACE | CORROSION PROTECTION | New | 7.00 * | 0.0* |
| 12 | 900500 | BDY * | REMOVE/REPLACE | DISCONNECT AND RECONNECT | New | 0.00 * | 0.3* |
| 13 | 900500 | BDY * | REMOVE/REPLACE | RESET ELECTRONICS | New | 0.00 * | 0.5* |
| | | | | REAR DOOR | | | |
| 14 | 401548 | BDY | REMOVE/REPLACE | R REAR DOOR REPAIR PANEL | 67113-30360 | 281.80 | 6.5 # |
| 15 | | REF | REFINISH | R REAR DOOR OUTSIDE | | C | 2.0 |
| 16 | | REF | REFINISH | R REAR ADD FOR JAMBS | | C | 0.5 |
| 17 | 401554 | BDY | REMOVE/INSTALL | R REAR BELT MOULDING | | | INC # |
| 18 | 401564 | BDY | REMOVE/REPLACE | R REAR DOOR MOULDING | 75075-30061-J1 | 322.25 | INC |
| 19 | 401576 | BDY | REMOVE/INSTALL | R REAR DOOR TRIM PANEL | | | INC |
| 20 | 401626 | BDY | REMOVE/INSTALL | R REAR DOOR HANDLE | | | INC # |
| | | | | QUARTER PANEL | | | |
| 21 | 401798 | REF | BLEND | R QUARTER PANEL OUTSIDE | | C | 1.0 |
| 22 | 401863 | BDY | REMOVE/REPLACE | R QUARTER MOULDING | 75605-30190-J1 | 46.80 | 0.2 |
| | | | | REAR LAMPS | | | |
| 23 | 402187 | BDY | REMOVE/INSTALL | R REAR COMBINATION LAMP | | | 0.4 |
| | | | | QUARTER PANEL | | | |
| 24 | 900515 | BDY | UNRELATED PRIOR | L QUARTER OUTER PANEL | UNRELATED PRIOR | | 2.0* |
| 25 | 900515 | REF | UNRELATED PRIOR | L QUARTER PANEL OUTSIDE | UNRELATED PRIOR | | 2.4 |
| | | | | REAR BUMPER | | | |
| 26 | 900515 | BDY | UNRELATED PRIOR | REAR BUMPER ASSY | UNRELATED PRIOR | | 1.8 |
| 27 | 900515 | BDY | UNRELATED PRIOR | REAR BUMPER COVER | UNRELATED PRIOR | | 1.0* |
| 28 | 900515 | REF | UNRELATED PRIOR | REAR BUMPER COVER | UNRELATED PRIOR | | 2.1 |
| | | | | ADDITIONAL COSTS & MATERIALS | | | |
| 29 | 936010 | | ADD'L COST | DETAIL/CLEANUP | | 15.00 * | |
| | | | | ADDITIONAL OPERATIONS | | | |
| 30 | | REF | ADD'L OPR | CLEAR COAT | | | 1.5 |
| | | | | ADDITIONAL REFINISH OPERATIONS | | | |
| 31 | 933018 | REF | ADD'L OPR | MASK FOR OVERSPRAY | | 5.00 * | 0.2* |
| 32 | | | ADD'L COST | PAINT/MATERIALS | | 149.60 * | |
| 33 | | | ADD'L COST | HAZARDOUS WASTE DISPOSAL | | 3.00 * | |

**\* - Judgement Item**
**# - Labor Note Applies**
**C - Included in Clear Coat Calc**

**Prior Damage**
NONE

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Body | 10.8 | 45.00 | 0.00 | 0.00 | 486.00 T | | Taxable Parts | | | 657.85 |
| Refinish | 7.0 | 45.00 | 5.00 | 0.00 | 320.00 T | | Sales Tax | @ | 7.375% | 48.52 |
| | Taxable Labor | | | | 806.00 | | Total Replacement Parts Amount | | | 706.37 |
| | | Labor Tax | @ | 7.375 % | 59.44 | | | | | |
| Labor Summary | 17.8 | | | | 865.44 | | | | | |

| III. Additional Costs | | | | Amount | IV. Adjustments | | Amount |
|---|---|---|---|---|---|---|---|
| Taxable Costs | | | | 167.60 | Customer Responsibility | | 0.00 |
| | Sales Tax | @ | 7.375% | 12.36 | | | |
| Total Additional Costs | | | | 179.96 | | | |

ESTIMATE RECALL NUMBER:  7/19/2006 18:00:17  88910.01

Mitchell Data Version:    JUN_06_A
UltraMate Version:    5.0.215

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2005 Mitchell International
All Rights Reserved

| | | |
|---|---|---|
| Date: | **7/19/2006 06:00 PM** | |
| Estimate ID: | **88910.01** | |
| Estimate Version: | **0** | |
| Preliminary | | |
| Profile ID: | **CUSTOMIZED** | |

| | | | |
|---|---|---|---|
| I. | Total Labor: | | 865.44 |
| II. | Total Replacement Parts: | | 706.37 |
| III. | Total Additional Costs: | | 179.96 |
| | | Gross Total: | 1,751.77 |
| IV. | Total Adjustments: | | 0.00 |
| | | Net Total: | 1,751.77 |

**Unrelated Prior Damage**

| Labor Subtotals | Units | Rate | | | Totals | | Part Replacement Summary | Amount |
|---|---|---|---|---|---|---|---|---|
| UN-Body | 4.8 | 45.00 | | | 216.00 | T | | |
| UN-Refinish | 4.5 | 45.00 | | | 202.50 | T | | |
| | | | | | | | Unrelated Prior Damage Parts Summary | 0.00 |
| | UN-Taxable Labor | | | | 418.50 | | | |
| | Labor Tax | @ | 7.375 % | | 30.86 | | | |
| | | | | | | | Unrelated Prior-Total Labor: | 449.36 |
| Unrelated Prior Damage Labor Summary | | | 9.3 | | 449.36 | | Unrelated Prior-Total Replacement Parts: | 0.00 |
| | | | | | | | Unrelated Prior-Damage Total: | 449.36 * |

* Total does not include overlap or labor adjustments

## This is a preliminary estimate.
## Additional changes to the estimate may be required for the actual repair.

**Point(s) of Impact**
**4 Right Rear Side (P)**

THIS IS NOT AN AUTHORIZATION TO REPAIR. AUTHORIZATION COMES FROMOWNER.
THIS IS ESTIMATE ONLY.
NO SUPPLEMENT WILL BE HONERED UNLESS PRIOR APPROVAL FROM APPRAISER
APPRAISER MUST BE CALLED BACK TO PHOTOGRAPH ANY ADDITIONAL LABOR
NEEDED TO COMPLETE REPAIRS.

UltraMate is a Trademark of Mitchell International
Mitchell Data Version:    JUN_06_A    Copyright (C) 1994 - 2005 Mitchell International
UltraMate Version:    5.0.215    All Rights Reserved

























# Complete Claims Service, LLC

P.O. BOX 71
SYOSSET, N.Y. 11791-0071
(516) 935-8780
FAX (516) 939-0520

**CHUBB INSURANCE COMPANY**
PO BOX 2191
CHESAPEAKE, VA 23327-2191

ATTENTION: **KIM PARSON**

*FOR SERVICES RENDERED*

INSPECTION FEE:  **$105.00**

SUPPLEMENT:  **$0.00**

BROKEN APPOINTMENT:  **$0.00**

   **0 PHOTOS AT  $2.00 = $0.00**

TOLLS: **$0.00**

TOTAL LOSS REPORT:  **$0.00**

OTHER: *None*                     **$0.00**

INSURED:  **XX, XX**

CLAIMANT: **PIATT, GREGORY**

CLAIM NO: **40506069238**

FILE NO: **327616 A**

DATE OF LOSS:  **6/29/2006**

INVOICE DATE:  **7/24/2006**

| TOTAL: $105.00 |
|---|

PLEASE RETURN COPY OF STATEMENT WHEN MAKING REMITTANCE PAYABLE TO COMPLETE CLAIMS SERVICE, LLC

*Invoices over 30 days will be subject to a service charge of 1.5 % per month.*

**FED. ID #11-3469384**

# Complete Claims Service, LLC

**File Number:** 327616 A            **Received:** 7/17/2006      **By:** Liz

**Insurance Company:** CHUBB INSURANCE COMPANY CHESAPEAKE      (800) 252-4670

**Claim/Policy Number:** 40506069238      **Per:** KIM PARSON          **Date of Loss:** 6/29/2006

**Insured:** XX, XX                      **Loss Type:** Liability        **Deductible:** $0.00

**Owner:** PIATT, GREGORY                        **Home Phone:** (917) 476-4466
            67 MARCELLUS AVE                      **Business Phone:**
            WEST PATERSON, NJ 07424

**Year:**      5 **Make:** CADI      **Model:** CS        **Color:** XX        **Plate #:** XX
**VIN:** XX

**Estimate From:** BONET COLL                    (212) 289-7435

**Contact:** FRED OR ED                          **Estimate:** $0.00

**Appointment:** 7/24/2006        Monday        **From:** 8      **Until:** 5

**Assignment Area:** 12  MANHATTAN

**Location:** BONET COLLISION 317 EAST 11TH ST XS 1 & 2
              NY, NY 10029
              (212) 289-7435

**Special Instructions:** *DRIVERS SIDE FRONT AND DOOR; FAX: 212-722-7342*

---

**File Comments:**                                                          **By:**

7/24/2006 6:22:11 PM   E MAILED TO INS CO & JIM OLIVERI                      CAROL

7/24/2006 6:22:05 PM   EST AMOUNT OF 851.50 A/P WITH SHOP, FAXED TO          CAROL
                       SHOP, COPY TO CLMT

7/19/2006 10:15:06 A   BKN APPT PER ADJ AT SHOP, LEO, OWNER WASN'T           CAROL
                       ABLE TO BRING VEH IN, DUE TO ILLNESS,  APPT IS
                       RESET FOR   MONDAY 7/24/2006

7/18/2006 9:25:29 AM   SPOKE TO JASMINE AT SHOP SET APPT FOR 7/19            Liz

SUMMARY SHEET

COMPLETE CLAIMS SERVICES
MEMBER I.A.D.A.
PO BOX 71
SYOSSET NY  11791-0071
PHONE (516) 935-8780  FAX (516) 939-0520

INSURED:  NOT GIVEN                    CLAIM #:   40506069238
CLAIMANT: PIATT GREGORY                APPRAISER: LEO PAPA
FILE #:   327616                       [X] ESTIMATE COPY TO OWNER
LOCATION: BONET COLLISION              [X] ESTIMATE COPY TO SHOP

_____

[X] VEHICLE DRIVABLE        [X] REPAIRABLE          [X] AGREED ON PRICE

APPRAISER ESTIMATE: $    851.50    REPAIR
SHOP ESTIMATE:      $      .       FACILITY: BONET COLLISION
AGREED NET PRICE:   $      .       CONTACT:  EDDIE

[ ] QRP SEARCH              [ ] QRP APPLICABLE      [ ] QRP AVAILABLE
[X] LKQ SEARCH              [ ] LKQ APPLICABLE      [ ] LKQ AVAILABLE

RECYCLED PART SUPPLIERS CALLED:
SUPPLIER 1: ALLIANCE       SUPPLIER 2: ACE          SUPPLIER 3: PXS
CONTACT:    SAL            CONTACT:    JOE          CONTACT:    SAL SEAR

[ ] RENTAL VEHICLE      RENTAL AGENCY:
DAYS TO REPAIR:        DATE STARTED:    - -         RENTAL PERIOD (DAYS):

_____

[X] OLD DAMAGE                 OLD DAMAGE AMOUNT: $    315.00
[X] POSSIBILITY OF SUPPLEMENT  SUPPLEMENT AMOUNT: $      .
[ ] DRAFT ISSUED               BETTERMENT TOTAL:
                               ALLOWANCES:        $      .
DRAFT NUMBER:                  TOW:
REGULATION NUMBER:             DEDUCTIBLE:
                               NET TOTAL:         $    851.50

_____

[ ] TOTAL      [ ] TLA      [ ] ADJUSTOR    [ ] PERMISSION TO    [ ] VEHICLE
    LOSS           SENT         NOTIFIED        MOVE VEHICLE         MOVED

STOCK NUMBER:                    SALVAGE LOCATION:
DATE CONTACTED:        - -       SALVAGE VALUE:     $      .
DAILY STORAGE RATE: $    .       TOWING AND STORAGE: $     .

COMMENTS:
AS ARRANGED SUBJECT VEHICLE INSPECTED AT SHOP OF OWNER'S CHOICE.OWNER NOT
PRESENT AT TIME OF INSPECTION.NO SHOP ESTIMATE SUBMITTED.DAMAGES ARE TO THE
FRONT BUMPER(L/S) AS PER ASSIGNMENT.WENT OVER THE DAMAGES WITH JASMINE @
SHOP.HAVE PREPARED A FAIR APPRAISAL OF THE VISIBLE DAMAGES UTILIZING RECOND
PARTS.LKQ PARTS NOT AVAILABLE AT TIME OF WRITING APPRAISAL.UNABLE TO VERIFY ALL
DAMAGES BEHIND THE BUMPER AND L/S HEADLIGHT.POSSIBLE SUPPLEMENT WHEN REPAIRS

START AND THE BUMPER COVER IS REMOVED.AP REACHED WITH JASMINE FOR ALL VISIBLE
DAMAGES.COPY OF THE APPRAISAL MAILED TO OWNER AND FAXED TO SHOP.UNRELATED PRIOR
DAMAGE TO THE L/S QUARTER PANEL FOUND(SEE APPRAISAL).

COMPLETE CLAIMS SERVICES
MEMBER I.A.D.A.
PO BOX 71
SYOSSET NY  11791-0071
PHONE (516) 935-8780  FAX (516) 939-0520

CD LOG NO 2439    -0                         07-24-06 12:56 PM
                        ESTIMATE

CLAIM INFORMATION
    CLAIM #    40506069238              POLICY  #
    COMPANY    CHUBB INSURANCE CO       CLAIM REP KIM PARSON
    FAX                                 WORK  PH# (800) 252-4670
    INSURED    NOT GIVEN                LOSS DATE 06-29-06
    CLAIMANT   PIATT GREGORY            LOSS TYPE LIABILITY
    FILE HNDLR KIM PARSON               FILE #    327616

INSPECTION
    TYPE        INDEPENDENT FIELD
    PRIMARY POI FRONT END LEFT          SECOND POI
    APPRAISER NAME LEO PAPA
    LICENSE #      53 8970
    WORK PHONE  (516) 935-8780          FAX       (516) 939-0502
    ADDRESS     PO BOX 71               INSP DATE 07-24-06
    CITY STATE  SYOSSET          NY     LOCATION  BONET COLLISION
    ZIP         11791-0071             CITY STATE NYC              NY

OWNER
        PIATT GREGORY                   WORK#
        67 MARCELLUS AVE                HOME#(917) 476-4466
        WEST PATTERSON  NJ  07424-

REPAIR
        ATTN EDDIE                      SHOP LIC# 7054047
        BONET COLLISION                 CAR IN
        317 E111 ST                     CAR OUT
        NEW YORK  NY  10029-            REPAIR    2  DAYS
        SHOP PHONE (212) 289-7435       FAX       (212) 722-7342

VEHICLE
    2005 CADILLAC CTS LUXURY 4 DR SEDAN
    6CYL GASOLINE 3.6

OPTIONS
    TWO-STAGE - EXTERIOR SURFACES       HEATED FRONT SEATS
    AUTOMATIC TRANS                     ALARM SYSTEM

    BODY COLOR     BLACK METAL     MILEAGE      22,797
    CONDITION      GOOD            VIN          1G6DP567750131855
    LICENSE #      SKS-52B         CODE         T321
    LICENSE STATE  NJ              VEH INSP #

REMARKS :

-1-

```
2005 CADILLAC CTS LUXURY 4 DR SEDAN
CLAIM # 40506069238              LOG 2439    -0            07-24-06 12:56 PM
```

OP CODES:
```
*  = USER-ENTERED VALUE     E  = REPLACE OEM         NG = REPLACE NAGS
EC = QUALITY REPL. PART     UE = OE SURPLUS          UC = RECONDITIONED PRT
UM = REMAN/REBUILT PRT      EU = LIKE KIND & QUAL.PRT EP = QUAL. REPL. PRT. RPT
OE = PXN OE SRPLS           PC = PXN RECONDITIONED   PM = PXN REMAN/REBUILT
TE = PARTL REPL PRICE       ET = PARTL REPL LABOR    IT = PARTIAL REPAIR
I  = REPAIR                 L  = REFINISH            BR = BLEND REFINISH
TT = TWO-TONE               CG = CHIPGUARD           SB = SUBLET
N  = ADDITIONAL LABOR       RI = R&I ASSEMBLY        P  = CHECK
AA = APPEAR ALLOWANCE       RP = RELATED PRIOR       UP = UNRELATED PRIOR
```

| OP | GDE | MC | DESCRIPTION | MFR.PART NO. | PRICE | AJ% B% | HOURS | R |
|----|-----|----|-----------|-------------|-------|--------|-------|---|
| PC | 0010 |  | COVER,FRONT BUMPER | PXN RECONDITIONED | 367.69 | | 3.0 | 1 |
| L | 0010 |  | COVER,FRONT BUMPER | REFINISH | | | 3.5 | 4 |
|  |  |  |  | 2.4  Surface | | | | |
|  |  |  |  | 0.6  Two-stage setup | | | | |
|  |  |  |  | 0.5  Two-stage | | | | |
| RI | 0026 |  | BRKT,FRONT LIC PLATE | R&I ASSEMBLY | | | 0.2 | 1 |
| EC | M03 |  | FLEX ADDITIVE | QUALITY REPL. PAR | 8.00* | | | 1* |
| EC | M17 |  | COVER CAR EXTERIOR | QUALITY REPL. PAR | 6.00* | | | 1* |
| SB | M60 |  | HAZARDOUS WASTE REMOVA | SUBLET | 3.00* | | | 1 |
| I | M66 |  | COLOR SAND AND BUFF | REPAIR | | | 0.5*1* | |

```
  7 ITEMS
```

FINAL CALCULATIONS & ENTRIES
PARTS
```
   GROSS PARTS
   OE SURPLUS PARTS
   OTHER PARTS                             $    381.69
   PAINT MATERIAL                          $     77.00
```

```
ADJUSTMENTS              DISCOUNT     MARKUP
   PARTS & MATERIAL TOTAL                     $    458.69
   TAX ON PARTS & MATERIAL @   8.375%         $     38.42
```

| LABOR | RATE | REPLACE HRS | REPAIR HRS | | | |
|-------|------|-------------|------------|---|---|---|
| 1-SHEET METAL | $ 45.00 | 3.2 | 0.5 | $ | 166.50 | |
| 2-MECH/ELEC | $ 45.00 | | | | | |
| 3-FRAME | $ 45.00 | | | | | |
| 4-REFINISH | $ 45.00 | 3.5 | | $ | 157.50 | |
| 5-PAINT | $ 22.00 | | | | | |

```
LABOR TOTAL                               $    324.00
   TAX ON LABOR          @  8.375%        $     27.14
   SUBLET REPAIRS                         $      3.00
   TAX ON SUBLET         @  8.375%        $      0.25
   TOWING
   STORAGE
```

```
2005 CADILLAC CTS LUXURY 4 DR SEDAN
CLAIM # 40506069238              LOG 2439    -0            07-24-06 12:56 PM


GROSS TOTAL                                       $     851.50
  LESS: DEDUCTIBLE                                        NONE-

NET TOTAL                                         $     851.50


UNRELATED PRIOR DAMAGE
OP GDE      DESCRIPTION        MFR.PART NO.          PRICE        HOURS R
-- ---      -----------        -----------          -----        ----- -
UP          L/S QUARTER PANEL     UNRELATED PRIOR    45.00*         6.0*1*
   >>INCLUDES REFINISH

         UNRELATED PRIOR DAMAGE PARTS TOTAL    $     45.00
         UNRELATED PRIOR DAMAGE LABOR TOTAL    $    270.00

            TOTAL UNRELATED PRIOR DAMAGE       $    315.00


PXN  Y/01/01/00/00/00   CUM  01/01/00/00/00  Geocode: 11216 LEO P
SPPL  Y/00/00/00/00/00   CUM  00/00/00/00/00  Geocode: 11216 LEO P
PXS  Y/00/00  Geocode: 11216 LEO P
ADP PENPRO W0412  ES LOG2439    -0     07-24-06 13:13:50
     REL 4.12.12 DT06/06
               (C) 1993 - 2005 ADP CLAIMS SOLUTIONS GROUP, INC.
```

1.1 HRS WERE ADDED TO THIS EST. BASED ON ADP'S TWO-STAGE REFINISH FORMULA. ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE OR DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

THIS ESTIMATE MAY HAVE BEEN PREPARED BASED ON THE USE OF OTHER AFTERMARKET PARTS SUPPLIED BY A SOURCE OTHER THAN THE ORIGINAL MANUFACTURER. SUPPLEMENTAL REPAIR CHARGES MAY BE REJECTED UNLESS APPROVED PRIOR TO REPAIRS. THIS INSTRUMENT IS NOT AN AUTHORIZATION TO REPAIR. REPAIR MUST BE AUTHORIZED BY THE OWNER.

--------------------------------------------------------------------------

THIS IS NOT AN AUTHORIZATION TO REPAIR.  AUTHORIZATION COMES FROM OWNER. NO SUPPLEMENTS WITHOUT PRIOR APPROVAL. ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE OR DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT,

-3-

2005 CADILLAC CTS LUXURY 4 DR SEDAN
CLAIM # 40506069238                    LOG 2439   -0               07-24-06 12:56 PM

WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

QUALITY REPLACEMENT PARTS REPORT

CD LOG NO 2439    -0        DATE 07-24-06


VEHICLE
  2005 CADILLAC CTS LUXURY 4 DR SEDAN
  6CYL GASOLINE 3.6

OPTIONS
  TWO-STAGE - EXTERIOR SURFACES      HEATED FRONT SEATS
  AUTOMATIC TRANS                    ALARM SYSTEM

|  | | SUBSTITUTED FOR | | |
|---|---|---|---|---|
| PART DESCRIPTION | SUPPLIER PART NUMBER | OEM PART NUMBER | SUPPLIER CODE | CLS | SRC |

FRONT BUMPER
 Cover,Front Bumper

| | SUPPLIER PART NUMBER | OEM PART NUMBER | SUPPLIER CODE | CLS | SRC |
|---|---|---|---|---|---|
| | CA3086ROE | 12335545 | >001 | R | 3 |
| | C0266 | 12335545 | 002 | R | 3 |

 > = ESTIMATE TOTAL IS BASED ON PRICE QUOTED BY THIS SUPPLIER


KEY TO CLASSIFICATION/SOURCE CODES

CLS = CLASSIFICATION CODE:
  C - CAPA CERTIFIED PART QUOTED BY LISTED SUPPLIER
  M - REMANUFACTURED/REBUILT PART
  R - RECONDITIONED PART
  S - OEM SURPLUS PART
SRC = SOURCE CODE:
  1 - NON ORIGINAL EQUIPMENT MANUFACTURER PART
  3 - ORIGINAL EQUIPMENT MANUFACTURER (OEM) PART

DETAILED DISTRIBUTOR LIST

001 - PXN3766          ACCU PARTS LLC RCND
                       5-39 46TH AVENUE
                       LONG ISLAND CITY, NY 11101
                       (888) 222-8008   (718) 433-1800


002 - PXN4575          CHAMPION BMPRS RCND
                       141 LANZA AVE
                       GARFIELD, NJ 07026
                       (800) 228-6737   (973) 340-0395


ADP PENPRO W0412  ES LOG2439    -0    07-24-06 13:13:50
     REL 4.12.12 DT06/06
GEOCODE: 11216                          SA: LEO P
          (C) 1993 - 2005 ADP CLAIMS SOLUTIONS GROUP, INC.



R/R VIEW OF VEHICLE

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

| | | | |
|---|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | | 2005 Cadillac |
| Owner PIATT GREGORY | Appraiser LEO PAPA | Date Ins 07-24-06 | |
| D/Loss 6/29/2006 | CCS # 327616 | Insured NOT GIVEN | |

Printed with EazyImage from GO Media Inc. 1-888-546-7593 - www.goClaims.com



L/R VIEW OF VEHICLE

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

Claim No 40506069238      Adjuster KIM PARSON            2005 Cadillac
Owner     PIATT GREGORY   Appraiser LEO PAPA      Date Ins 07-24-06
D/Loss   6/29/2006        CCS #   327616          Insured NOT GIVEN

Printed with EazyImage from GO Media Inc. 1-888-546-7593 - www.goClaims.com



L/S QUARTER PANEL / UNRELATED PRIOR DAMAGE

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

| Claim No | 40506069238 | Adjuster | KIM PARSON | 2005 Cadillac |
| Owner | PIATT GREGORY | Appraiser | LEO PAPA | Date Ins 07-24-06 |
| D/Loss | 6/29/2006 | CCS # | 327616 | Insured NOT GIVEN |

Printed with EazyImage from GO Media Inc. 1-888-546-7593 - www.goClaims.com



VEHICLE ID

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

| | | | |
|---|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | | 2005 Cadillac |
| Owner PIATT GREGORY | Appraiser LEO PAPA | Date Insp 07-24-06 | |
| D/Loss 6/29/2006 | CCS # 327616 | Insured NOT GIVEN | |



L/F VIEW

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780      Fax 516-939-0520

| | | |
|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | 2005 Cadillac |
| Owner PIATT GREGORY | Appraiser LEO PAPA | Date Ins 07-24-06 |
| D/Loss 6/29/2006 | CCS # 327616 | Insured NOT GIVEN |



R/F VIEW

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone  516-935-8780          Fax  516-939-0520

| | | | |
|---|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | | 2005 Cadillac |
| Owner  PIATT GREGORY | Appraiser LEO PAPA | Date Ins 07-24-06 | |
| D/Loss  6/29/2006 | CCS #  327616 | Insured NOT GIVEN | |



L/F VIEW OF DAMAGES / BUMPER COVER

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

| | | | | |
|---|---|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | | 2005 Cadillac | |
| Owner PIATT GREGORY | Appraiser LEO PAPA | | Date Ins 07-24-06 | |
| D/Loss 6/29/2006 | CCS # 327616 | | Insured NOT GIVEN | |



L/F VIEW OF DAMAGES / BUMPER COVER

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780    Fax 516-939-0520

Claim No 40506069238    Adjuster KIM PARSON    2005 Cadillac
Owner    PIATT GREGORY Appraiser LEO PAPA    Date Ins 07-24-06
D/Loss    6/29/2006    CCS # 327616    Insured NOT GIVEN



L/F VIEW OF DAMAGES

**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780       Fax 516-939-0520

Claim No 40506069238    Adjuster KIM PARSON           2005 Cadillac
Owner    PIATT GREGORY  Appraiser LEO PAPA      Date Ins 07-24-06
D/Loss   6/29/2006       CCS #  327616          Insured NOT GIVEN

Printed with EazyImage from GO Media Inc. 1-888-546-7593 - www.goClaims.com



**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

| | | |
|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | 2005 Cadillac |
| Owner PIATT GREGORY | Appraiser LEO PAPA | Date Ins 07-24-06 |
| D/Loss 6/29/2006 | CCS # 327616 | Insured NOT GIVEN |



**COMPLETE CLAIMS SERVICE LLC**
PO BOX 71
SYOSSET NY 11791-0071

Phone 516-935-8780        Fax 516-939-0520

| | | | |
|---|---|---|---|
| Claim No 40506069238 | Adjuster KIM PARSON | | 2005 Cadillac |
| Owner PIATT GREGORY | Appraiser LEO PAPA | Date Ins 07-24-06 | |
| D/Loss 6/29/2006 | CCS # 327616 | Insured NOT GIVEN | |

Printed with EazyImage from GO Media Inc. 1-888-546-7593 - www.goClaims.com

# POLICE ACCIDENT REPORT (NYC)

New York State Department of Motor Vehicles
MV-104AN (5/04)

Page 1 of Pages

Precinct **001**

Accident No. **1419**

Complaint Number

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 06 | Day 26 | Year 2006 | Mon | 1800 | 2 | | | Reconstructed ☐ | ☐ | ☐ Yes ☐ No |

VEHICLE 1 ☑  VEHICLE 2 ☐  BICYCLIST ☐  PEDESTRIAN ☐  OTHER PEDESTRIAN ☐

## VEHICLE 1

| VEHICLE 1 - Driver License ID Number P4026 30285 02662 | State of Lic. NJ |
|---|---|

Driver Name -exactly as printed on license **Gregory V. Piatt**

Address (Include Number & Street) **125 Charles St**   Apt. No.

City or Town **Jersey City**   State **NJ**   Zip Code **07307**

| Date of Birth Month 01 Day 31 Year 66 | Sex M | Unlicensed ☐ | No. of Occupants 2 | Public Property Damaged ☐ |
|---|---|---|---|---|

Name—exactly as printed on registration **SIAIA**   Sex   Date of Birth Month Day Year

Address (Include Number & Street)   Apt. No.   Haz. Mat. Code   Released ☐

City or Town   State   Zip Code

| Plate Number SKS J2B | State of Reg. NJ | Vehicle Year & Make 2005 Cad. | Vehicle Type 4DSD | Ins. Code 961 |
|---|---|---|---|---|

Ticket/Arrest Number(s)

Violation(s) Section(s)

## VEHICLE 2

| VEHICLE 2 - Driver License ID Number 604·495 544 | State of Lic. NY |
|---|---|

Driver Name - exactly as printed on license **Lachar Marc, S**

Address (Include Number & Street) **24 Walworth Ave.**   Apt. No.

City or Town **Scarsdale**   State **NY**   Zip Code **10583**

| Date of Birth Month 02 Day 23 Year 48 | Sex M | Unlicensed ☐ | No. of Occupants 1 | Public Property Damaged ☐ |
|---|---|---|---|---|

Name—exactly as printed on registration **Lachar, Joan, B**   Sex   Date of Birth Month Day Year

Address (Include Number & Street) **SIAIA**   Apt. No.   Haz. Mat. Code   Released ☐

City or Town   State   Zip Code

| Plate Number DCW8816 | State of Reg. NY | Vehicle Year & Make 2005 Lexus | Vehicle Type 4DSD | Ins. Code 1SS |
|---|---|---|---|---|

Ticket/Arrest Number(s)

Violation(s) Section(s)

### VEHICLE 1

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 2 |
| Box 2 - Most Damage | 1 | 2 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 13 | | |

Vehicle Towed:  By   To **No Tow**

### VEHICLE 2

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

| Box 1 - Point of Impact | 5 | 5 |
| Box 2 - Most Damage | 5 | 5 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle Towed:  By   To **No Tow**

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

1. Rear End
2. Left Turn
3. Right Angle
4. Right Turn
5. Head On
6. Sideswipe (same direction)
0. Left Turn
4. Right Turn
7. Sideswipe (opposite direction)

**ACCIDENT DIAGRAM**

**#4**

## VEHICLE DAMAGE CODING:

1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

9. Cost of repairs to any one vehicle will be more than $1000.
☑ Unknown/Unable to Determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | |
|---|---|---|
| | Latitude/Northing | |
| | Longitude/Easting | |

Place Where Accident Occurred: ☐ BRONX  ☐ KINGS  ☑ NEW YORK  ☐ QUEENS  ☐ RICHMOND

Road on which accident occurred **Broadway**   (Route Number or Street Name)

at 1) intersecting street **Warren St**   (Route Number or Street Name)

or 2) ☐ N ☐ S ☐ E ☐ W of   Feet   Miles   (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes **At T/P/O op. veh #1 states that while making right turn SIB w/ signal when veh #2 travelling SIB on Broadway went through red light and struck his vehicle. Op. veh #2 states that while travelling SIB changing lanes w/ signal when veh #1 struck his vehicle. A/O did not witness accident.**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 1 | 40 | M | | | | | | | Piatt, Gregory | |
| B | | 3 | 1 | 4 | | 12 | F | | | | | | | Piatt, T, Mary | |
| C | 3 | 1 | 4 | | 1 | 53 | M | | No Injured | | | | | Lachar, Marc, S | |
| D | | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | |

Officer's Rank and Signature **P.O.**

Print Name

| Tax ID No. **931799** | NCIC No. **03030** | Precinct **001** | Post/Sector **Sp.4** | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|

| A Last | First | M.I. | D Last Name | First | M.I. |
|---|---|---|---|---|---|

Address

Address

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| B  Last Name | First | M.I. | E  Last Name | First | M.I. |
|---|---|---|---|---|---|

Address

Address

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| C Last Name | First | M.I. |
|---|---|---|

Highway Dist. at Scene?  ☐ Yes  ☑ No
Name:

Address

| Date of Birth | | | Telephone (Area Code) | | Shield No. |
|---|---|---|---|---|---|
| Month | Day | Year | ( ) | | |

## ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.

Vehicle No. 1  2 3 3 4 1 4 9 7            Vehicle No.2  1 0 3 1 2 9 6 0 - 0 2

Expiration Date  2/5/07                    Expiration Date  4/24/07

VIN  1 G 6 D P 5 6 7 7 J 0 1 3 1 8 5 J     VIN  J T 8 B D 6 9 5 X J 0 2 0 5 9 0 3

## WITNESS (Attach separate sheet, if necessary)

Name  James Zeno            Address                    Phone
                                                (212) 480-6720
                                                (845) 661-1994

## DUPLICATE COPY REQUIRED FOR:

☐ Dept. of Motor Vehicles
   (if anyone is killed/injured)

☐ Motor Transport Division
   (P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm.
   (if a Licensed taxi or limousine
   involved)

☐ Other City Agency
   (Specify)

☐ Office of Comptroller
   (if a City vehicle involved)

☐ Personnel Safety Unit
   (if a P.D. vehicle involved)

☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

## PROPERTY DAMAGED (other than vehicles)     OWNER OF PROPERTY (include city agency, where applicable)

## IF NYPD VEHICLE IS INVOLVED:

| Police Vehicle–Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|

Equipment in Use At Time of Accident

☐ Siren   ☐ Horn   ☐ Turret Light   ☐ 4-Way Flasher   ☐ High-Level Warning Lights   ☐ Traffic Cones   ☐ Headlights

## ACTIONS OF POLICE VEHICLE

☐ Responding to Code Signal _____

☐ Complying with Station House Directive

☐ Pursuing Violator

☐ Routine Patrol

☐ Other (Describe) _____

IV-104AN (5/04)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
GREGORY V. PIATT,

                 Plaintiff

       v.

MARC S. LACHAR AND JOAN B. LACHAR,

                Defendants
-----------------------------------x

Index No.:  CIV 3902 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                         ss.
COUNTY OF WESTCHESTER  )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on January 28, 2008, I served upon:

Jay S. Hausman & Associates, PC.
Jay S. Hausman, Esq.
Attorneys for Plaintiff, Gregory V. Piatt
280 North Central Avenue
Hartsdale, New York  10530

a true copy of the annexed **RULE 26.1 DISCLOSURE STATEMENT** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service

within the State of New York, at the address designated by him
or her upon the last paper served by him or her in the action.

DATED:      January 28, 2008
            White Plains, New York

                                    _____
                                    Linda McKeiver


Sworn and subscribed
before me on January 28, 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6049160
Qualified in Rockland County
Commission Expires 10/10/10

Docket No.:  CIV 3902 2007
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY V. PIATT,

Plaintiff

against

MARC S. LACHAR AND JOAN B. LACHAR,

Defendants

---

## RULE 26.1 DISCLOSURE STATEMENT

---

EUSTACE & MARQUEZ
Attorneys for Defendant
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650